UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNSHINE AYERS, | CASE NO. 3:14-CV-04707-JCS |
| Plaintiff, | Honorable Joseph C. Spero |
| vs. | [~~PROPOSED~~] **ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| WAL-MART STORES, INC.; NU-WORLD CORPORATION; HARD CANDY, LLC; and DOES 1-50, inclusive, | |
| Defendants. | |
| NU-WORLD CORPORATION, | |
| Third-Party Plaintiff, | |
| vs. | |
| ROBERT AYERS, | |
| Third-Party Defendant. | |

After consideration of the parties' Joint Stipulation Re: Voluntary Dismissal of Entire Action, with prejudice, signed by counsel for Plaintiff SUNSHINE AYERS and Third Party Defendant ROBERT AYERS; and counsel for Defendants NU-WORLD CORPORATION; HARD CANDY, LLC; and WAL-MART STORES, INC.; and Third Party Plaintiff NU-WORLD CORPORATION, and good cause appearing therein,


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4838-0665-6301.1                                  1                              3:14-CV-04707-JCS
[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  IT IS HEREBY ORDERED THAT this matter be dismissed in its entirety, with prejudice,
2  with each side to bear its own costs and attorneys' fees.
3  IT IS SO ORDERED.

4
5  DATED: __2/25_____, 2016      _____
6                                  The Honorable
                                   UNITED STATES DISTRICT COURT NORTHERN
7                                  DISTRICT OF CALIFORNIA

*[Signature: Judge Joseph C. Spero — United States District Court, Northern District of California seal]*